## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**JUANITA B. SIKES,**

    **Appellant,**

v.                                               Case No.  8:05-cv-959-T-30MSS

**ATLANTIC COMMUNITY CARE INC.,**

    **Appellee.**
_____/

## **ORDER OF DISMISSAL**

    Before the Court is the Withdrawal of Notice of Appeal (Dkt. #4).  In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on June 9, 2005.

                                             JAMES S. MOODY, JR.
                                             UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2005\05-cv-959.dismissal.wpd